Circuit denied. *Mr. William A. Schnader* for petitioner. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents. ▮

No. 467. PRICE ET AL. *v.* READING HOTEL CORP. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Percival H. Granger* for petitioners. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents. ▮

No. 468. MEYER *v.* READING HOTEL CORP. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George Wharton Pepper, Harry Felix, Isaac A. Pennypacker,* and *James A. Montgomery, Jr.,* for petitioner. *Messrs. Robert T. McCracken, Mercer B. Tate, Jr.,* and *T. Iaeger Snyder* for respondents. ▮

No. 470. D. A. SCHULTE, INC. *v.* CENTRAL MANHATTAN PROPERTIES, INC., ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Messrs. George R. Coughlan* and *William B. Chadbourne* for respondents. ▮

No. 471. D. A. SCHULTE, INC. *v.* GUINZBURG ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray C. Bernays* for petitioner. *Mr. James Marshall* for respondents. ▮